1  CYNTHIA S. SANDOVAL (SBN 191390)
   sandovals@jacksonlewis.com
2  KATHERINE E. SLOTKIN (SBN 267365)
   katherine.slotkin@jacksonlewis.com
3  JACKSON LEWIS P.C.
   5000 Birch Street, Suite 5000
4  Newport Beach, CA  92660
   Tel: (949) 885-1360
5  Fax: (949) 885-1380

6  Attorneys for Defendant
   EXOVA, INC.
7

8  REZA MIRROKNIAN (SBN 193191)
   reza@mirroknian.com
9  HIDER AL-MASHAT (SBN 291664)
   hider@mirroknian.com
10 THE MIRROKNIAN LAW FIRM, PC
   15260 Ventura Blvd., Suite 1740
11 Sherman Oaks, CA  91403
   Tel: (818) 784-6080
12 Fax: (818) 784-6088

13
   Attorneys for Plaintiff
14 JUAN LARA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN LARA, an individual, | **CASE NO. 2:15-cv-09879-R-PJW** |
| Plaintiff, | *Assigned to Honorable Manuel L. Real* |
| vs. | **ORDER RE STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIALITY OF DOCUMENTS AND INFORMATION** |
| EXOVA, INC., a Delaware Corporation; and DOES 1 through 150, inclusive, | |
| Defendants. | |
| | Complaint Filed:   November 3, 2015 |
| | Trial Date: September 6, 2016 |

Case No.: 2:15-cv-09879-R-PJW         1         ORDER RE STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIALITY OF DOCUMENTS AND INFORMATION

On June 17, 2016, the Parties in the above entitled action, by and through their respective counsel, submitted a Joint Stipulation For Protective Order Re: Confidentiality of Documents and Information (Dckt No. 16).  Good cause appearing and based on the Parties' Stipulation and Recitals, the Court approves and hereby orders that the Parties proceed according to terms and conditions set forth in the Parties' Joint Stipulation for Protective Order Re: Confidentiality of Documents and Information (Dckt No. 16).

**IT IS SO ORDERED.**

Dated: June 20, 2016          By:  _____
                                   Hon. MANUEL L. REAL
                                   United States District